UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORRANCE STRATTON,

                Plaintiff,

    v.

RONALD HAYNES, *et al.*,

                Defendants.

Case No. C21-5740-RAJ-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's complaint (dkt. # 5), and this action, are dismissed without prejudice for failure to prosecute.

The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 11th day of January, 2022.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1